652

No. 386. HANRAHAN, TRUSTEE IN BANKRUPTCY, v. REITER. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David Haar* for petitioner. *Mr. Julius H. Reiter, pro se.*

No. 394. YOUNG ET AL. v. COMMISSIONER OF INTERNAL REVENUE. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Theodore B. Benson, M. F. Mitchell,* and *George G. Witter* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, J. Louis Monarch, John G. Remey,* and *Wm. H. Riley, Jr.,* for respondent.

No. 403. ADAMS ET AL. v. UNITED STATES ET AL. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. F. E. Riddle, James A. Reed, Clarence Lohman,* and *Ralph A. Barney* for petitioners. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Messrs. Whitney North Seymour, Nat M. Lacy, Wm. H. Riley, Jr., Edward H. Chandler, James H. Maxey, Summers Hardy, William O. Beall, Alvin Richards, Hayes McCoy, Warren T. Spies,* and *Thos. J. Flannelly* for the United States et al.

No. 404. ADAMS ET AL. v. OSAGE TRIBE OF INDIANS ET AL. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals. for the Tenth Circuit denied. *Messrs. R. E. Riddle, James A. Reed, Clarence Lohman,* and *Ralph A. Barney* for petitioners. *Messrs. B. W.*